UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: SANDRA GARZA and § Case No. 10-28042
LUIS M. CORONA § Hon. A. BENJAMIN GOLDGAR
§ Chapter 7
§
Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street, 7th Floor, Chicago, IL.

Any person wishing to object to any Fee Application that has not already been approved or to the Final Report, must file a written objection, serve a copy of the objection upon the trustee, any party whose Application is being challenged and the United States Trustee. A hearing on fee applications and any objection to the Final Report will be held at 10:00a.m. on FEBRUARY 7, 2011 in Courtroom 613, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL.

If no objections are filed, upon entry of an order on fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

By: Clerk US Bankruptcy Court
(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street, Suite 910, Chicago, IL 60603

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: SANDRA GARZA and
LUIS M. CORONA

Case No. 10-28042
Hon. A. BENJAMIN GOLDGAR
Chapter 7

Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $5,601.19 |
| and approved disbursements of | $0.00 |
| leaving a balance on hand of [1] | $5,601.19 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| NONE | $0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee  ALLAN J. DeMARS | $1,310.42 | $22.16 |
| Attorney for trustee  ALLAN J. DeMARS | $1,408.00 | |
| Appraiser | | |
| Auctioneer | | |
| Accountant | | |
| Special Attorney for trustee | | |
| Charges, U.S. Bankruptcy Court | | |
| Fees, United States Trustee | | |
| Other | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor* | | |
| *Attorney for* | | |
| *Accountant for* | | |
| *Appraiser for* | | |
| *Other* | | |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling __$0.00__ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | |
| | | | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling __$3,609.78__ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be __79.3__ percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | American InfoSource LP as agent for Target | $1,873.13 | $1,484.54 |
| 2 | Asset Acceptance LLP assignee of Victoria's Secret | $223.23 | $176.92 |
| 3 | Chase Bank USA, NA/Kohl's | $530.77 | $420.66 |
| 4 | American InfoSource LP as agent for Capital One Bank | $982.65 | $778.79 |

UST Form 101-7-NFR (9/1/2009)

Tardily filed claims of general (unsecured) creditors totaling _____ $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be __0__ percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | |
| | | | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____ $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be __0__ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | |
| | | | $0.00 |

The amount of surplus returned to the debtor after payment of all claims and interest is _____ $0.00.

Prepared By: /s/ ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street - Suite 910
Chicago, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: kseldon              Page 1 of 1                   Date Rcvd: Jan 05, 2011
Case: 10-28042                Form ID: pdf006            Total Noticed: 30
```

The following entities were noticed by first class mail on Jan 07, 2011.
```
db/jdb         Sandra Garza,   Luis M. Corona,   16349 Greenwood Avenue,   South Holland, IL  60473-2537
aty            Timothy K Liou,   Liou Law Firm,   605 West Madison Street,   Suite 331,
                Chicago, IL  60661-2453
tr            +Allan J DeMars,   Spiegel & Demars,   100 W Monroe St Ste 910,   Chicago, IL 60603-1957
15749822      +Aes/wachovia,   570 Broad St,   Newark, NJ 07102-4532
15749824       Blatt, Hasenmiller, Leibsker & Moore LLC,   Box 5463,   Chicago, IL  60680-5463
15749826    +++CBE GROUP,   131 TOWER PARK DR STE 100,   WATERLOO IA  50701-9588
              (address filed with court: Cbe Group,   131 Towe Park Dr Suite 1,   Waterloo, IA  50702)
15749825      +Cap One,   Po Box 85520,   Richmond, VA 23285-5520
16226526       Capital One Bank (USA), N.A.,   by American Infosource Lp As Agent,   PO Box 248839,
                Oklahoma City, OK  73124-8839
16224460      +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
15749827      +Citibankna,   Citibank / One Sto,   O Fallon, MO  63368
15749820       Corona Luis M,   16349 Greenwood Avenue,   South Holland, IL  60473-2537
15749828      +Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
15749829      +Enhanced Recovery Corp,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
15749819       Garza Sandra,   16349 Greenwood Avenue,   South Holland, IL  60473-2537
15749830       Hsbc,   Box 5250,   Carol Stream, IL  60197-5250
15749821       Law Office Of Timothy K Liou,   Suite 361 575 West Madison Street,   Chicago, IL  60661-2614
15749835     ++MARLIN MEDCLR INOVISION,   507 PRUDENTIAL ROAD,   HORSHAM PA 19044-2308
              (address filed with court: Nco- Medclr,   Po Box 8547,   Philadelphia, PA  19101)
15749833      +Midland Credit Mgmt,   8875 Aero Dr,   San Diego, CA 92123-2251
15749834       Midland Funding, LLC,   Midland Credit Management, Inc.,   Dept. 8870,
                Los Angeles, CA  90084-8870
15749836      +Oral K With Father,   16349 South Greenwood,   South Holland, IL 60473-2537
15749837      +Sears/cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
15749839      +Stallings Fin Group,   1111 S Marietta Pkwy Se,   Marietta, GA 30060-2851
15749840      +Target N.b.,   Po Box 673,   Minneapolis, MN 55440-0673
15749841      +Visdsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
```

The following entities were noticed by electronic transmission on Jan 05, 2011.
```
16090799       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 06 2011 03:04:00
                American Infosource Lp As Agent for,   Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
15749823      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                               Asset Acceptance Llc,
                Po Box 2036,   Warren, MI 48090-2036
16177267      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM
                Asset Acceptance, LLC assignee VICTORIAS SECRET /,   PO Box 2036,   Warren, MI 48090-2036
15749831      +E-mail/PDF: cr-bankruptcy@kohls.com Jan 06 2011 02:56:07       Kohls/chase,
                N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
15749832      +E-mail/Text: resurgentbknotifications@resurgent.com                               Lvnv Funding Llc,
                Po Box 740281,   Houston, TX 77274-0281
15749838      +E-mail/Text: kdancy@securitycreditservicesllc.com                               Security Credit Servic,
                2653 W Oxford Loop,   Oxford, MS 38655-5442
                                                                                              TOTAL: 6
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Allan J DeMars,   Spiegel & Demars,   100 W Monroe St Ste 910,   Chicago, IL 60603-1957
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 07, 2011**          **Signature:** _Joseph Speetjens_